**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JUDD HOPPE and LESLEE HOPPE,**

      **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No.  6:08-cv-273-Orl-31GJK**

**DEPARTMENT OF CHILDREN AND**
**FAMILIES OF OSCEOLA COUNTY and**
**CHILDREN'S HOME SOCIETY OF**
**OSCEOLA COUNTY,**

      **Defendants.**
_____

## ORDER

This cause comes before the Court on Application to Proceed Without Prepayment of Fees and Affidavit (Doc. No. 2) filed February 22, 2008.

On March 25, 2008, the United States Magistrate Judge issued a report (Doc. No. 7) recommending that the motion be denied and the Complaint be dismissed without prejudice.  The Court extended the time for filing objection to April 18, 2008 (Doc. No. 9).  No objections have been filed.  Therefore, it is **ORDERED** as follows:

1.　　The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.　　The Application to Proceed Without Payment of Fees is **DENIED**.  The Complaint is **DISMISSED** without prejudice for reasons stated in the Report and Recommendation.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 22nd day of April, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE